1  Thomas M. Kerr (State Bar No. 241530)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   tom.kerr@hro.com
5

6  Attorneys for Plaintiffs
   WARNER BROS. RECORDS INC.;
7  PRIORITY RECORDS LLC; INTERSCOPE
   RECORDS; SONY BMG MUSIC
8  ENTERTAINMENT; ARISTA RECORDS
   LLC; and CAPITOL RECORDS, INC.
9

10              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
11                  SAN FRANCISCO DIVISION

12 | WARNER BROS. RECORDS INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and CAPITOL RECORDS, INC., a Delaware corporation, | Case No. C-06-5435-VRW

Honorable Vaughn R. Walker

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER**

18                          Plaintiffs,
19      v.
20  DENNIS HART,
21                          Defendant.
22
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

                                   1

1  Defendant Dennis Hart ("Defendant") was personally served with the Summons and
2  Complaint on October 21, 2006. Plaintiffs and Defendant, each through their counsel, hereby
3  stipulate to extend the time in which Defendant has to answer or otherwise respond to the Complaint
4  for sixty (60) days to January 12, 2007.

DATED: 11/27/06

THOMAS M. KERR
HOLME ROBERTS & OWEN LLP

By: _____
Thomas M. Kerr
Attorney for Plaintiffs

DATED: 11/27/06

Jeffrey B. Neustadt

By: _____
Jeffrey B. Neustadt
Attorney for Defendant

IT IS SO ORDERED:

DATE: November 29, 2006

_____
HON. _____
UNITED _____ JUDGE

IT IS SO ORDERED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

STIPULATION
Case No. C-06-5435-VRW
#26483 v1