1  Thomas M. Kerr (State Bar No. 241530)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   tom.kerr@hro.com
5
6  Attorneys for Plaintiffs
   WARNER BROS. RECORDS INC.;
7  PRIORITY RECORDS LLC; INTERSCOPE
   RECORDS; SONY BMG MUSIC
8  ENTERTAINMENT; ARISTA RECORDS
   LLC; and CAPITOL RECORDS, INC.
9

10                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
11                       SAN FRANCISCO DIVISION

12  WARNER BROS. RECORDS INC., a Delaware       Case No. C-06-5435-VRW
    corporation; PRIORITY RECORDS LLC, a
13  California limited liability company;       Honorable Vaughn R. Walker
    INTERSCOPE RECORDS, a California general
14  partnership; SONY BMG MUSIC                 STIPULATION TO CONTINUE CASE
    ENTERTAINMENT, a Delaware general           MANAGEMENT CONFERENCE AND
15  partnership; ARISTA RECORDS LLC, a          [PROPOSED] ORDER
    Delaware limited liability company; and
16  CAPITOL RECORDS, INC., a Delaware
17  corporation,

18                        Plaintiffs,
          v.
19
20  DENNIS HART,

21                        Defendant.

22
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

STIPULATION
Case No. C-06-5435-VRW
#26825 v1

1  Plaintiffs and Defendant, through their respective counsel, hereby request that the Court
2  continue the case management conference currently set for December 5, 2006, at 9:00 a.m. ninety
3  (90) days to March 5, 2007. Plaintiffs filed the Complaint against Defendant on September 5, 2006.
4  Defendant was personally served with the Summons and Complaint on October 21, 2006. The
5  parties have stipulated to extend the time for Defendant to answer the Complaint until January 12,
6  2007. A case management conference is therefore not necessary at this time.
7  Plaintiffs and Defendant, through their respective counsel, hereby stipulate to continue the
8  case management conference currently set for December 5, 2006, at 9:00 a.m. ninety (90) days to
9  ~~March 5, 2007.~~   March 6, 2007 at 9:00 A.M. in Courtoom #6.

DATED: 11/27/06

THOMAS M. KERR
HOLME ROBERTS & OWEN LLP

By: _____
Thomas M. Kerr
Attorney for Plaintiffs

DATED: 11/27/06

Jeffrey B. Neustadt

By: _____
Jeffrey B. Neustadt
Attorney for Defendant

**ORDER**

It is hereby ordered that the case management conference currently set for December 5, 2006, at 9:00 a.m. is continue to ~~March 5, 2007.~~
March 6, 2007.

**IT IS SO ORDERED:**

DATE: November 29, 2006

_____
HON. VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Vaughn R Walker*

2