United States District Court
For the Northern District of California

1

2

3

4

5

6            UNITED STATES DISTRICT COURT

7            NORTHERN DISTRICT OF CALIFORNIA

8

9  WARNER BROS RECORDS INC, et al.,        )
                                           )
10                                         )
                     Plaintiff,            )    CASE  C 06-5435 VRW
11                                         )
             v.                            )
12                                         )    **ORDER DISCONTINUING**
   DENNIS HART,                            )    **SERVICE BY MAIL**
13                                         )
                     Defendant,            )
14                                         )
                                           )
15  _____       )

16

17         In reviewing the file, it appears that counsel for the defendant, Jeffrey B Neustadt  have

18  failed to register for electronic service in this E-Filing case.  The Court will no longer serve these

19  counsel by mail. If they wish to be served with documents generated by the Court, they must

20  register pursuant to Local Rule 5-4 and General Order 45.

21

22         **IT IS SO ORDERED.**

23

24  Dated: December 4, 2006

25                                              _____
                                                VAUGHN R. WALKER
26                                              United States District Judge

27

28